No. 350, Misc. CHRISTIANSEN *v.* NEW YORK. App.
Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.
*Leon B. Polsky* for petitioner.

No. 352, Misc. WHITE *v.* UNITED STATES. C. A. 2d
Cir. Certiorari denied.

No. 353, Misc. DeLEON *v.* NEW YORK. App. Div.,
Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 355, Misc. GRANT *v.* FLORIDA. Sup. Ct. Fla.
Certiorari denied.

No. 357, Misc. KING *v.* SWENSON, WARDEN. Sup.
Ct. Mo. Certiorari denied.

No. 358, Misc. TILLIS *v.* ARIZONA. Sup. Ct. Ariz.
Certiorari denied. *Jack Aaron Ettinger* for petitioner.
*Darrell F. Smith,* Attorney General of Arizona, *William
E. Eubank,* Chief Assistant Attorney General, and *Gary
K. Nelson,* Assistant Attorney General, for respondent.

No. 361, Misc. JACKSON *v.* UNITED STATES. C. A.
D. C. Cir. Certiorari denied. Petitioner *pro se. Solici-
tor General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 370, Misc. RADFORD *v.* UNITED STATES. C. A.
4th Cir. Certiorari denied. Petitioner *pro se. Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.